# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ISIAH LANG

NO. 2026 KW 0569

JUNE 29, 2026

---

In Re: Isiah Lang, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-93-0769.

---

BEFORE: McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.

**WRIT DENIED.** The records of the East Baton Rouge Parish Office of the Clerk of Court reflect that the district court is proceeding toward disposition.

PMc
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT